```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**MARINA 1, LLC**
**d/b/a CHEAT LAKE MARINA**

    **Plaintiff,**

**v.**                                  **CIVIL ACTION NO. 1:24-CV-103**
                                              **(KLEEH)**

**LAKE LYNN GENERATION, LLC and**
**EAGLE CREEK HYDRO OPERATIONS, LLC,**

    **Defendants.**

### ORDER SCHEDULING MOTIONS HEARING

Pending before the Court is a petition for temporary restraining order and preliminary injunction [ECF No. 1-2]. The Court **SCHEDULES** a hearing to take up the matter on **December 3, 2024,** at **1:30 p.m.**, at the **Clarksburg, West Virginia**, point of holding court.

It is so **ORDERED.**

The Clerk is directed to transmit copies of this Order to counsel of record.

DATED: November 12, 2024

*/s/ Tom S. Kleeh*
THOMAS S. KLEEH, CHIEF JUDGE
NORTHERN DISTRICT OF WEST VIRGINIA